AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CURTIS J. JACKSON, III p/k/a 50 CENT,<br><br>*Plaintiff(s)*<br>v.<br>ANGELA KOGAN, PERFECTION PLASTIC SURGERY, INC. d/b/a PERFECTION PLASTIC SURGERY & MEDSPA, and THE SHADE ROOM, LLC d/b/a THE SHADE ROOM,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-22972-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Shade Room, LLC
1880 Century Park East, Suite 950
Los Angeles, California 90067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Rebak, Esq.
Alejandro J. Paz, Esq.
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 17, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts