**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Curtis J. Jackson, III p/k/a 50 Cent
Plaintiff(s),

vs.

Angela Kogan, et al
Defendant(s).

ATTORNEY: AKERMAN LLP

CASE NO.: 1:22-CV-22972-RNS

DATE OF FILING: 01/17/2023

**AFFIDAVIT OF SERVICE**

STATE OF California: COUNTY OF LOS ANGELES   ss:

I, Paul Katz, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of California.

That on **01/19/2023** at **11:07 AM** at **1880 Century Park East, Suite 950, Los Angeles, CA 90067**, Deponent served the **Summons in a Civil Action, First Amended Complaint** upon **The Shade Room, LLC**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Karen Flanagan** personally, a person who stated to be an authorized agent to receive process service for **The Shade Room, LLC**. Deponent knew said LLC so served to be the LLC described in said **Summons in a Civil Action, First Amended Complaint** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be the **Manager** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **White** Hair: **Brown** Age (Approx): **40** Height(Approx): **5'6"** Weight(Approx): **150 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Paul Katz Reg # 2017224476
8306 Wilshire Blvd., #927
Beverly Hills, CA 90211
323.653.7099

Paul Katz

Sworn to before me this

January _19TH_ 2023

ROD ELYSON
COMM. #2331614
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Sep 7, 2024

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1667049