UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case No.: 1:22-cv-22972-RNS/GOODMAN

CURTIS J. JACKSON, III p/k/a 50 CENT,

    Plaintiff,

  v.

ANGELA KOGAN, PERFECTION PLASTIC
SURGERY, INC. d/b/a PERFECTION PLASTIC
SURGERY & MEDSPA, and THE SHADE
ROOM, LLC d/b/a THE SHADE ROOM,

    Defendants.

_____/

## NOTICE OF SETTLEMENT BETWEEN JACKSON AND THE SHADE ROOM, LLC

Pursuant to Local Rule 16.4, Plaintiff Curtis J. Jackson, III p/k/a 50 Cent ("Jackson"), by and through his undersigned counsel, hereby gives notice that he has reached an agreement to settle with Defendant The Shade Room, LLC d/b/a The Shade Room ("TSR") in the above-captioned action. Jackson and TSR are in the process of executing their respective obligations pursuant to the agreement and will file a Notice of Voluntary Dismissal with Prejudice of Defendant The Shade Room, LLC shortly thereafter.[1]

This notice does not apply to Defendants Angela Kogan and Perfection Plastic Surgery, Inc. d/b/a Perfection Plastic Surgery & MedSpa.

---

[1] Jackson filed his First Amended Complaint on Monday, January 16, 2023 and added TSR as an additional defendant. TSR has not made an appearance in this action, and its response to the First Amended Complaint is currently due on or before March 13, 2023.

68834180;1

Dated: February 21, 2023

Respectfully submitted,

**AKERMAN LLP**

  */s/ Eamon O' Kelly*
Joseph Rebak
Florida Bar No. 308668
Alejandro J. Paz
Florida Bar No. 1011728
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
joseph.rebak@akerman.com
alejandro.paz@akerman.com

Craig Weiner (*pro hac vice*)
Eamon O'Kelly (*pro hac vice*)
Reena Jain (*pro hac vice*)
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel.: (212) 880-3800
Fax: (212) 880-8965
craig.weiner@akerman.com
eamon.okelly@akerman.com
reena.jain@akerman.com

*Attorneys for Plaintiff Curtis Jackson, III p/k/a 50 Cent*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2023, a true and correct copy of the foregoing notice was served via the Court's CM/ECF System upon all counsel of record. The forgoing notice was also sent to TSR's counsel via email.

  */s/ Alejandro J. Paz*
  Alejandro J. Paz

68834180;1