**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Case No.: 1:22-cv-22972-RNS/GOODMAN

CURTIS J. JACKSON, III p/k/a 50 CENT,

     Plaintiff,

  v.

ANGELA KOGAN, PERFECTION PLASTIC
SURGERY, INC. d/b/a PERFECTION PLASTIC
SURGERY & MEDSPA, and THE SHADE
ROOM, LLC d/b/a THE SHADE ROOM,

    Defendants.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u><br><u>OF DEFENDANT THE SHADE ROOM, LLC</u>

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Curtis J. Jackson, III p/k/a 50 Cent, by and through his undersigned counsel, hereby gives notice that his claims against The Shade Room, LLC d/b/a The Shade Room ("TSR") in the above-captioned action are voluntarily dismissed with prejudice. Jackson filed the First Amended Complaint and added TSR as a defendant on January 16, 2023; TSR was served on January 19, 2023; and TSR has neither served an answer nor a motion for summary judgment in this action. Jackson and TSR shall each bear their own attorneys' fees, costs, and expenses incurred in relation to Jackson's claims against TSR in this action.

      This notice does not apply to Defendants Angela Kogan and Perfection Plastic Surgery, Inc. d/b/a Perfection Plastic Surgery & MedSpa.

Dated:  February 23, 2023

Respectfully submitted,

**AKERMAN LLP**

*/s/ Eamon O' Kelly*
Joseph Rebak
Florida Bar No. 308668
Alejandro J. Paz
Florida Bar No. 1011728
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
joseph.rebak@akerman.com
alejandro.paz@akerman.com

Craig Weiner (*pro hac vice*)
Eamon O'Kelly (*pro hac vice*)
Reena Jain (*pro hac vice*)
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel.: (212) 880-3800
Fax: (212) 880-8965
craig.weiner@akerman.com
eamon.okelly@akerman.com
reena.jain@akerman.com

*Attorneys for Plaintiff Curtis Jackson, III*
*p/k/a 50 Cent*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2023, a true and correct copy of the

foregoing notice was served via the Court's CM/ECF System upon all counsel of record. The

forgoing notice was also sent to TSR's counsel via email.

*/s/ Alejandro J. Paz*
Alejandro J. Paz