**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Case No.: 1:22-cv-22972-RNS/GOODMAN

CURTIS J. JACKSON, III p/k/a 50 CENT,

    Plaintiff,

  v.

ANGELA KOGAN, PERFECTION PLASTIC SURGERY, INC. d/b/a PERFECTION PLASTIC SURGERY & MEDSPA, and THE SHADE ROOM, LLC d/b/a THE SHADE ROOM,

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.4, Plaintiff Curtis J. Jackson, III p/k/a 50 Cent and Defendants Angela Kogan and Perfection Plastic Surgery, Inc. d/b/a Perfection Plastic Surgery & Medspa, by and through their respective undersigned counsel, hereby give notice that the parties have reached an agreement in principle to settle Mr. Jackson's claims against Defendants in the above-captioned action. The parties are in the process of preparing an agreement to finalize and memorialize the terms of their settlement.

Dated: March 24, 2023

| **AKERMAN LLP** | **SHUMAKER, LOOP & KENDRICK, LLP** |
|---|---|
| By: /s/ *Joseph Rebak*<br>Joseph Rebak<br>Florida Bar No. 308668<br>Alejandro J. Paz<br>Florida Bar No. 1011728<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida 33131<br>Tel.: (305) 374-5600<br>Fax: (305) 374-5095<br>joseph.rebak@akerman.com<br>alejandro.paz@akerman.com<br><br>Craig Weiner (*pro hac vice*)<br>Eamon O'Kelly (*pro hac vice*)<br>Reena Jain (*pro hac vice*)<br>Alexander Newman (*pro hac vice*)<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Tel.: (212) 880-3800<br>Fax: (212) 880-8965<br>craig.weiner@akerman.com<br>eamon.okelly@akerman.com<br>reena.jain@akerman.com<br>alexander.newman@akerman.com<br><br>*Counsel for Plaintiff Curtis Jackson, III p/k/a 50 Cent* | By: /s/ *Matthew Ceriale*<br>Matthew Ceriale<br>Florida Bar No. 1020226<br>Mindi M. Richter<br>Florida Bar No. 44827<br>Bank of America Plaza<br>101 E. Kennedy Boulevard, Suite 2800<br>Tampa, Florida 33602<br>Tel.: (813) 229-7600<br>Fax: (813) 229-1660<br>mrichter@shumaker.com<br>mceriale@shumaker.com<br><br>Darren Heitner<br>**HEITNER LEGAL, P.L.L.C.**<br>215 Hendricks Isle<br>Fort Lauderdale, Florida 33301<br>darren@heitnerlegal.com<br>Tel.: (954) 558-6999<br>Fax: (954) 927-3333<br><br>*Counsel for Defendant Angela Kogan and Defendant Perfection Plastic Surgery, Inc. d/b/a Perfection Plastic Surgery & MedSpa* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2023, a true and correct copy of the foregoing Joint Notice of Settlement was served via the Court's CM/ECF System upon all counsel of record.

By: /s/ *Joseph Rebak*
    Joseph Rebak, Esq.

69442892;1